IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF MARYLAND

City of Almaty, Kazakhstan, et ano.   )
                                      )
                            Plaintiff )
                                      )
v.                                    )   In connection with
                                      )   Civil Action No. 15-CV-5345 (AJN)(KHP)
Felix Sater, et al.                   )   Initiated in the US District Court for the
                                      )   Southern District of New York
                            Defendant )
                                      )

## PROPOSED WITNESS'S MOTION TO QUASH SUBPOENA TO TESTIFY AND PRODUCE EVIDENCE

In response to Subpoenas to Testify and Produce Documents by Counsel to the Plaintiff on the above captioned matter, proposed witness, Mr. Aleksandr Udovenko, kindly moves the Honorable Court to quash the stated Subpoenas pursuant to Federal Rule of Civil Procedure 45 (d)(3). In support of the motion, Mr. Udovenko, through undersigned counsel states as follows:

1. The Subpoena is served for improper politically motivated purpose, for the fact that it is a continuation of targeting and persecution of the opponents of the current Kazakhstani President Nazarbayev's regime and their supporters;

2. The Subpoena subjects Mr. Udovenko to undue burden as stated in Federal Rule of Civil Procedure 45(d)(3)(A)(iv). Specifically:
   2.1. The Subpoena is extremely broad as it requires Mr. Udovenko to provide information going beyond 10 years in the past;
   2.2. Mr. Udovenko has not had any material communications with individuals associated with the case for over 10 years, which the counsel of the Plaintiff is well aware of; thus, it is expected that Mr. Udovenko will be

        questioned about events covering dozens of companies and individuals that took place more than 10 years ago;

2.3. Mr. Udovenko does not have in his possession any documents to be delivered under Subpoenas (and is providing official response to that regard);

2.4. Mr. Udovenko has voluntarily met with the Counsel of the Plaintiff in a related matter two years ago and confirmed that he had no documents or information of interest to the Plaintiff. There are no changes in Mr. Udovenko's position since that time that warrants either two of the Subpoenas;

2.6. Mr. Udovenko has never met, communicated or been associated with defendants in this case;

3. Therefore, the Subpoena is not reasonably calculated to lead to the discovery of admissible evidence;

4. The Subpoena requests personal information from Mr. Udovenko, who is not a subject of these proceedings, that is in no way relevant to these proceedings;

5. Mr. Udovenko also kindly requests the Honorable Court to enter a temporary stay of the contested discovery pending resolution of this motion;

Respectfully submitted,

This 10th of September 2019

                                      Attorney for Witness

                                      Elizabeth Krukova, Esq.
                                      MD Bar # 16979
                                      Attorney for Mr. Aleksandr Udovenko
                                      8230 Old Courthouse Rd. Suite 200
                                      Vienna, VA 22182
                                      Tel: (703) 534-5588
                                      ekrukova@ncls-inc.net

## CERTIFICATE OF SERVICE

I, Elizabeth Krukova, hereby certify that on this day, September 10, 2019, I have forwarded this *Proposed Witness's Motion to Quash*, via USPS Priority Mail and Email to the Plaintiff's Counsel at:

Mr. Craig Wenner of BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001.

Email Address: cwenner@bsfllp.com

Elizabeth Krukova, Esq.
MD Bar # 16979
National Capital Legal Services
Attorney for Witness, Mr. Aleksandr Udovenko
8230 Old Courthouse Rd. Suite 200
Vienna, VA 22182
Tel: (703) 534-5588
ekrukova@ncls-inc.net